# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:98-cr-00069-HDM-1 |
| Plaintiff, | |
| v. | **ORDER** |
| SALVATORE ESPOSITO, | |
| Defendant. | |

Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Fed. R. Crim. P. 48(a); and

IT IS THEREFORE ORDERED that the Superseding Indictment against SALVATORE ESPOSITO is hereby DISMISSED.

Dated this 11th day of December, 2025.

*[signature: Howard D. McKibben]*

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT COURT

1